No. 48379.—Protests 25877–K, etc., of American Straw Goods Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel certain of the hemp hats in question similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) and knotted hemp hats similar to those involved in Abstract 46497 were held dutiable at 25 percent as claimed.